# UNITED STATES BANKRUPTCY COURT
## COLUMBIA DISTRICT OF DIST OF COLUMBIA

In Re: §
 §
DYLLANS LLC § Case No. 19-00757 SMT
 §
 Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRYAN S. ROSS  CHAPTER 7 TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 997,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  14,523.16 | Claims Discharged<br>Without Payment:  744,753.81 |
| Total Expenses of Administration: 50,435.95 | |

3) Total gross receipts of $ 64,959.11  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 64,959.11  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 83,209.60 | $ 83,209.60 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 31,605.21 | 31,605.21 | 31,605.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 18,830.74 | 18,830.74 | 18,830.74 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 759,276.97 | 759,276.97 | 14,523.16 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 892,922.52 | $ 892,922.52 | $ 64,959.11 |

4)  This case was originally filed under chapter 11 on 11/11/2019, and it was converted to chapter 7 on 11/15/2019. The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2021          By:/s/BRYAN S. ROSS  CHAPTER 7 TRUSTEE
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FORA Financial Preference | 1141-000 | 9,500.00 |
| 9019 motion with Landlord | 1229-000 | 40,000.00 |
| FORA Financial Preference | 1241-000 | 7,689.05 |
| PEPCO | 1290-000 | 7,770.06 |
| TOTAL GROSS RECEIPTS | | $64,959.11 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | FUNDING METRICS, LLC | 4210-000 | NA | 83,209.60 | 83,209.60 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 83,209.60 | $ 83,209.60 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:BRYAN ROSS | 2100-000 | NA | 6,497.96 | 6,497.96 | 6,497.96 |
| TRUSTEE EXPENSES:BRYAN ROSS | 2200-000 | NA | 201.30 | 201.30 | 201.30 |
| DC TREASURER | 2820-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| U.S. TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):STINSON LLP | 3210-000 | NA | 22,000.00 | 22,000.00 | 22,000.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):STINSON LLP | 3220-000 | NA | 568.45 | 568.45 | 568.45 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):ARTHUR LANDER CPA | 3410-000 | NA | 1,012.50 | 1,012.50 | 1,012.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 31,605.21 | $ 31,605.21 | $ 31,605.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP FEES (OTHER FIRM): ROBERT LANNAN ESQ. | 6210-000 | NA | 10,653.30 | 10,653.30 | 10,653.30 |
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP EXPENSES (OTHER FIRM): ROBERT LANNAN ESQ. | 6220-000 | NA | 595.00 | 595.00 | 595.00 |
| THE CHEF'S WAREHOUSE MID-ATLANTIC | 6990-000 | NA | 7,582.44 | 7,582.44 | 7,582.44 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 18,830.74 | $ 18,830.74 | $ 18,830.74 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | CANAL SQUARE ASSOCIATES | 7100-000 | NA | 18,552.91 | 18,552.91 | 0.00 |
| 000009 | CANAL SQUARE ASSOCIATES | 7100-000 | NA | 18,552.91 | 18,552.91 | 363.76 |
| 000010 | CANAL SQUARE ASSOCIATES | 7100-000 | NA | 619,910.40 | 619,910.40 | 12,154.40 |
| 000001A | DEPARTMENT OF TREASURY | 7100-000 | NA | 630.00 | 630.00 | 12.35 |
| 000004 | EULER HERMES NORTH AMERICA INSURANC | 7100-000 | NA | 35,317.85 | 35,317.85 | 692.47 |
| 000006 | FELLS POINT WHOLESALE MEATS INC | 7100-000 | NA | 7,129.29 | 7,129.29 | 139.78 |
| 000003 | FUNDING METRICS LLC | 7100-000 | NA | 17,125.00 | 17,125.00 | 335.76 |
| 000002 | KMG HAULING, INC. | 7100-000 | NA | 3,773.46 | 3,773.46 | 73.99 |
| 000007 | THE CHEF'S WAREHOUSE | 7100-000 | NA | 38,285.15 | 38,285.15 | 750.65 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 759,276.97 | $ 759,276.97 | $ 14,523.16 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 19-00757 | SMT | Judge: S. MARTIN TEEL | Trustee Name: | BRYAN S. ROSS  CHAPTER 7 TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | DYLLANS LLC | | | Date Filed (f) or Converted (c): | 11/15/19 (c) |
| | | | | 341(a) Meeting Date: | 12/19/19 |
| For Period Ending: | 04/13/21 | | | Claims Bar Date: | 03/11/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. PNC Checking | 0.00 | 0.00 | | 0.00 | FA |
| 2. SECURITY DEPOSIT | 210,000.00 | 0.00 | | 0.00 | FA |
| 3. Work Allowance | 262,000.00 | 0.00 | | 0.00 | FA |
| 4. dry goods and food | 8,000.00 | 0.00 | | 0.00 | FA |
| 5. LIQUOR | 40,000.00 | 0.00 | | 0.00 | FA |
| 6. OFFICE EQUIPMENT | 1,800.00 | 0.00 | | 0.00 | FA |
| 7. computers, printers and phones | 10,200.00 | 0.00 | | 0.00 | FA |
| 8. commercial kitchen equipment | 140,000.00 | 0.00 | | 0.00 | FA |
| 9. LEASE | Unknown | 0.00 | | 0.00 | FA |
| 10. web site | Unknown | 0.00 | | 0.00 | FA |
| 11. mailing list | Unknown | 0.00 | | 0.00 | FA |
| 12. net operating loss 2018 & 2019 | Unknown | 0.00 | | 0.00 | FA |
| 13. LAWSUIT | 300,000.00 | 0.00 | | 0.00 | FA |
| 14. pots and pans | 25,000.00 | 0.00 | | 0.00 | FA |
| 15. 9019 motion with Landlord (u)<br>Agreement to sell assets to landlord free and clear of liens | 0.00 | 40,000.00 | | 40,000.00 | FA |
| 16. FORA Financial Preference (u)<br>Filed 8-3-20 de# 79. | 0.00 | 100,000.00 | | 7,689.05 | FA |
| 17. PEPCO (u)<br>Security Deposit | 0.00 | 7,770.06 | | 7,770.06 | FA |
| 18. Lendini/Funding Metrics Preference (u)<br>Preference Action. Case settled 9-1-20<br>Check recevied 9-16-20 | 0.00 | 15,000.00 | | 9,500.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $997,000.00 | $162,770.06 | | $64,959.11 | $0.00 |

LFORM1    Ver: 22.03a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 19-00757 | SMT | Judge: S. MARTIN TEEL | Trustee Name: | BRYAN S. ROSS  CHAPTER 7 TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | DYLLANS LLC | | | Date Filed (f) or Converted (c): | 11/15/19 (c) |
| | | | | 341(a) Meeting Date: | 12/19/19 |
| | | | | Claims Bar Date: | 03/11/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/15/20    Trustee to get motion to sell free and clear approved.

3/15/20    Accountant to file final tax return.

3/15/20    Trustee's attorney  to file several preference actions.

9/3/20    Trustee has filed preference action

Initial Projected Date of Final Report (TFR): 06/30/20    Current Projected Date of Final Report (TFR): 06/30/21

       /s/    BRYAN S. ROSS  CHAPTER 7 TRUSTEE
_____ Date: 04/13/21
       BRYAN S. ROSS  CHAPTER 7 TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 19-00757 -SMT | | Trustee Name: | BRYAN S. ROSS  CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | DYLLANS LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0090  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7766 | | | |
| For Period Ending: | 04/13/21 | | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 02/18/20 | 15 | Canal Square Associates | 9019 motion with Landlord / 1229-000 | 40,000.00 | | 40,000.00 |
| 03/30/20 | 007001 | DC Treasurer | DC Tax Return 2019  2019 Tax Return / 2820-000 | | 1,000.00 | 39,000.00 |
| 04/28/20 | 17 | Pepco  1310 Point St 18th Floor  Baltimore, MD 21231 | security deposit refund / 1290-000 | 7,770.06 | | 46,770.06 |
| 06/16/20 | 007002 | Arthur Lander CPA | Accounting Fees  DE #78 / 3410-000 | | 1,012.50 | 45,757.56 |
| 09/16/20 | 16 | Stinson LLP | Preference Action / 1141-000 | 9,500.00 | | 55,257.56 |
| 12/11/20 | 007003 | Stinson LLP | ATTORNEY FEES  DE# 91 / 3210-000 | | 22,000.00 | 33,257.56 |
| 12/11/20 | 007004 | Stinson LLP | Expenses  DE #91 / 3220-000 | | 568.45 | 32,689.11 |
| 12/16/20 | 16 | Charles Gormly Esq. | Settlement Preference Action / 1241-000 | 7,689.05 | | 40,378.16 |
| 02/23/21 | 007005 | BRYAN S. ROSS  1776 K Street NW  Suite 200  Washington DC, 20006 | Chapter 7 Compensation/Fees / 2100-000 | | 6,497.96 | 33,880.20 |
| 02/23/21 | 007006 | BRYAN S. ROSS  1776 K Street NW  Suite 200  Washington DC, 20006 | Chapter 7 Expenses / 2200-000 | | 201.30 | 33,678.90 |
| 02/23/21 | 007007 | U.S. Trustee  1725 Duke Street, Suite 650  Alexandria, VA 22314 | Claim 000005, Payment 100.00000% / 2950-000 | | 325.00 | 33,353.90 |
| 02/23/21 | 007008 | Robert Lannan Esq.  1717 K Street NW  Suite 900 | Claim 000011, Payment 100.00000%  ATTORNEY FEES / 6210-000 | | 10,653.30 | 22,700.60 |

Page Subtotals     64,959.11     42,258.51

Ver: 22.03a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 19-00757 -SMT | | Trustee Name: | BRYAN S. ROSS  CHAPTER 7 TRUSTEE |
| Case Name: | DYLLANS LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0090  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7766 | | | |
| For Period Ending: | 04/13/21 | | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WDC 20006 | | | | | |
| 02/23/21 | 007009 | Robert Lannan Esq. | Claim 000012, Payment 100.00000% Expenses | 6220-000 | | 595.00 | 22,105.60 |
| 02/23/21 | 007010 | The Chef's Warehouse Mid-Atlantic Reed Smith LLP c/o Christopher Lynch 599 Lexington Ave 24th Floor New York, NY 10022 | Claim 000007A, Payment 100.00000% | 6990-000 | | 7,582.44 | 14,523.16 |
| 02/23/21 | 007011 | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | Claim 000001A, Payment 1.96032% | 7100-000 | | 12.35 | 14,510.81 |
| 02/23/21 | 007012 | kmG Hauling, Inc. PO Box 650821 Potomac Falls, VA 20165 | Claim 000002, Payment 1.96080% | 7100-000 | | 73.99 | 14,436.82 |
| 02/23/21 | 007013 | Funding Metrics LLC | Claim 000003, Payment 1.96064% | 7100-000 | | 335.76 | 14,101.06 |
| 02/23/21 | 007014 | Euler Hermes North America Insurance Company 800 Red Brook Blvd. Owings Mills, MD 21117 | Claim 000004, Payment 1.96068% | 7100-000 | | 692.47 | 13,408.59 |
| 02/23/21 | 007015 | Fells Point Wholesale Meats Inc Reed Smith LLP c/o Christopher Lynch 599 Lexington, Ave 24th Floor New York, NY 10022 | Claim 000006, Payment 1.96064% | 7100-000 | | 139.78 | 13,268.81 |
| 02/23/21 | 007016 | The Chef's Warehouse | Claim 000007, Payment 1.96068% | 7100-000 | | 750.65 | 12,518.16 |
| 02/23/21 | 007017 | Canal Square Associates c/o RB Properties, Inc. | Claim 000009, Payment 1.96066% | 7100-000 | | 363.76 | 12,154.40 |

Page Subtotals          0.00       10,546.20

Ver: 22.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 19-00757 -SMT | | Trustee Name: | BRYAN S. ROSS  CHAPTER 7 TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | DYLLANS LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0090  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7766 | | | |
| For Period Ending: | 04/13/21 | | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/23/21 | 007018 | 1054 31st St NW, Suite 1000<br>Washington, DC 20007<br>Canal Square Associates<br>c/o RB Properties, Inc.<br>1054 31st St NW, Suite 1000<br>Washington, DC 20007 | Claim 000010, Payment 1.96067% | 7100-000 | | 12,154.40 | 0.00 |
| * 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-003 | | 37.98 | -37.98 |
| * 04/06/21 | | Reverses Adjustment OUT on 03/03/21 | BANK SERVICE FEE | 2600-003 | | -37.98 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 64,959.11 | 64,959.11 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 64,959.11 | 64,959.11 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 64,959.11 | 64,959.11 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - *******0090 | 64,959.11 | 64,959.11 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 64,959.11 | 64,959.11 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    BRYAN S. ROSS  CHAPTER 7 TRUSTEE

Trustee's Signature: _____ Date: 04/13/21

BRYAN S. ROSS  CHAPTER 7 TRUSTEE

Page Subtotals   0.00   12,154.40

Ver: 22.03a

LFORM24